UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action No. 2:18-cv-62-RSB-RSB |
| v. | ) ) | |
| HERCULES LLC, | ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF EXTENSION OF PUBLIC COMMENT PERIOD**

In accordance with Section 122(d)(2) of CERCLA, 42 U.S.C. § 9622(d)(2), 28 C.F.R. § 50.7, the public is to have at least 30 days in which to submit comments to the United States on the proposed Consent Decree.  ECF No. 3 at p.1, ECF No. 3-1 at ¶ 90.  A 30-day public comment period was commenced by the notice published in the Federal Register on May 23, 2018 at 83 Fed. Reg. 23937, with the comment period scheduled to end June 22, 2018.  In response to several requests by members of the public to extend the comment period in this matter for an additional 60 days, the United States extended the public comment period on the proposed Consent Decree an additional 60 days, which was scheduled to end August 21, 2018.  83 Fed. Reg. 27799 (June 14, 2018).  By notice published in the Federal Register on August 16, 2018 at 83 Fed. Reg. 40788, the United States extended the period for public comment on the Consent Decree another 30 days, to now end September 20, 2018, to allow for additional community input and feedback.  If, after reviewing the public comments, the United States concludes that the Consent Decree should be entered, the United States will seek the entry of the Consent Decree as an order of the Court.

1

Respectfully submitted this 6th day of September 2018.

/s/ Valerie K. Mann
VALERIE K. MANN
Trial Attorney
DC Bar 440744
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone:  (202) 616-8756
E-mail: Valerie.mann@usdoj.gov


COUNSEL FOR PLAINTIFF UNITED STATES
OF AMERICA

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

 Submitted this 6th day of September, 2018.

            <u>/s/ Valerie K. Mann</u>
            VALERIE K. MANN
            Trial Attorney
            DC Bar 440744
            Environmental Enforcement Section
            Environment and Natural Resources Division
            U.S. Department of Justice
            P.O. Box 7611
            Washington, DC 20044-7611
            Phone:  (202) 616-8756
            E-mail: Valerie.mann@usdoj.gov