UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:18-cv-62-RSB-BWC |
| v. | ) | |
| | ) | |
| HERCULES LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STATUS REPORT**

On May 16, 2018, the United States filed a Complaint and a lodged a proposed Consent Decree concerning the Terry Creek Dredge Spoil Areas/Hercules Outfall Site ("Site") in Brunswick, Georgia. In the proposed Consent Decree, Hercules LLC agreed to implement the interim remedy selected by the U.S. Environmental Protection Agency (EPA) for the outfall, to reimburse the EPA $153,009.48 in past response costs at the Site, and to pay future response costs incurred by the United States in connection with this proposed Consent Decree. Doc. # 3-1. In accordance with Section 122(d)(2) of CERCLA, 42 U.S.C. § 9622(d)(2), 28 C.F.R. § 50.7, a 30-day public comment period on the proposed Consent Decree was commenced by the notice published in the Federal Register on May 23, 2018. 83 Fed. Reg. 23937 (May 23, 2018). In response to several requests by members of the public to extend the comment period in this matter for an additional 60 days, the United States extended the public comment period an additional 60 days, to August 21, 2018. 83 Fed. Reg. 27799 (June 14, 2018). To allow for additional community input and feedback, the public comment period was then extended another 30 days until September 20, 2018, thereby providing a 120-day comment period in total. 83 Fed.

1

Reg. 40788 (August 16, 2018). The United States hereby provides the following report on the status of this matter.

During the comment period, the United States received approximately one hundred comments. The United States hereby notifies the Court it is presently reviewing this unusually high volume of comments and, upon completion of the review, will determine its response. If, after reviewing the public comments, the United States concludes that the Consent Decree should be entered, the United States will seek the entry of the Consent Decree as an order of the Court.

Respectfully submitted this 11th day of December 2018.

/s Valerie K. Mann
VALERIE K. MANN
Trial Attorney
DC Bar 440744
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 616-8756
E-mail: Valerie.mann@usdoj.gov


COUNSEL FOR PLAINTIFF UNITED STATES
OF AMERICA