IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 2:18-cv-62 |
| v. | |
| HERCULES, LLC, | |
| Defendant. | |

**O R D E R**

On July 8, 2018, this Court granted the parties' joint motion to stay discovery, doc. 6, in order to provide time for an extended public comment period regarding a proposed consent decree. Doc. 9. Specifically, the Court ordered counsel to promptly evaluate the public comments received and, after such evaluation, to inform the Court as to whether the United States "supports the entry of the lodged Consent Decree." Doc. 9. On September 6, 2018, the Government informed the Court that the comment period had been extended and would end on September 20, 2018. Doc. 12. In a status report filed December 11, 2018, the Government stated it received "approximately one hundred comments" and that it was in the process of "reviewing this unusually high volume of comments." Doc. 13.

Approximately five months have passed since the Government's last status report.[1]  The Court, therefore, **ORDERS** counsel to file an updated status report regarding evaluation of the public comments received within **14 days** of this Order.

**SO ORDERED**, this 14th day of May, 2019.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]  This action was administratively stayed on January 11, 2019 due to a lapse in appropriations. Doc. 14.  The Court lifted that stay on February 1, 2019.  Doc. 15.