**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 2:18-cv-62 |
| v. | |
| HERCULES, LLC, | |
| Defendant. | |

**O R D E R**

On July 8, 2018, this Court granted the parties' joint motion to stay discovery, doc. 6, in order to provide time for an extended public comment period regarding a proposed consent decree. Doc. 9. Specifically, the Court ordered counsel to promptly evaluate the public comments received and, after such evaluation, to inform the Court as to whether the United States "supports the entry of the lodged Consent Decree." Doc. 9. On September 6, 2018, the Government informed the Court that the comment period had been extended and would end on September 20, 2018. Doc. 12. In a status report filed December 11, 2018, the Government stated it received "approximately one hundred comments" and that it was in the process of "reviewing this unusually high volume of comments." Doc. 13. The Court subsequently noted it had been approximately five months since the Government's last status report and ordered the Government to file an updated report. Doc. 18. In this updated status report, the Government represents it "has been diligently reviewing the approximately one hundred public comments"

and "anticipates it will be in a position in the next 30–60 days" to move regarding its position on the lodged Consent Decree.  Doc. 19 at 1.

The Court, therefore, **ORDERS** the Government to file an updated status report regarding its evaluation of the public comments received **on or before June 28, 2019**.  Should the Government be in a position to file any desired motion on or before June 28, 2019, counsel may do so.

**SO ORDERED**, this 30th day of May, 2019.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA