UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HERCULES LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 2:18-cv-62-RSB-BWC |

## STATUS REPORT

This status report is filed in response to the Court's Order dated May 30, 2019. Doc. 20.

On May 16, 2018, the United States filed a Complaint and a lodged a proposed Consent Decree concerning the Terry Creek Dredge Spoil Areas/Hercules Outfall Site (Site) in Brunswick, Georgia. In the proposed Consent Decree, defendant Hercules LLC agreed to implement the interim remedy selected by the U.S. Environmental Protection Agency (EPA) for the outfall, to reimburse the EPA $153,009.48 in past response costs at the Site, and to pay future response costs incurred by the United States in connection with this proposed Consent Decree. Doc. 3-1.

The United States held a 120-day public comment period on the proposed Consent Decree from May 23, 2018 to September 20, 2018. The United States is finishing up its review of the 101 public comments received during the public comment period, which is an unusually high volume of comments, and is preparing its resulting court filing. The United States is diligently working on this and anticipates it will be in a position by July 31, 2019 to file a motion with the Court regarding the United States' position on the lodged Consent Decree.

1

Respectfully submitted this 27th day of June 2019.

/s Valerie K. Mann
VALERIE K. MANN
Trial Attorney
DC Bar 440744
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 616-8756
E-mail: Valerie.mann@usdoj.gov


COUNSEL FOR PLAINTIFF UNITED STATES
OF AMERICA