IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 2:18-cv-62 |
| v. | |
| HERCULES, LLC, | |
| Defendant. | |

**O R D E R**

On July 8, 2018, this Court granted the parties' joint motion to stay discovery, doc. 6, in order to provide time for an extended public comment period regarding a proposed consent decree.  Doc. 9.  Specifically, the Court ordered counsel to promptly evaluate the public comments received and, after such evaluation, to inform the Court as to whether the United States "supports the entry of the lodged Consent Decree."  Doc. 9.  On September 6, 2018, the Government informed the Court that the comment period had been extended and would end on September 20, 2018.  Doc. 12.  In a status report filed December 11, 2018, the Government stated it received "approximately one hundred comments" and that it was in the process of "reviewing this unusually high volume of comments."  Doc. 13.  After the Government filed an updated status report, the Court ordered the Government to file another updated status report on or before June 28, 2019.  Docs. 19, 20.  The Government has done so.  Doc. 21.

In its most recent status report, the Government asserts it is completing its review of public comments and preparing its court filing.  Id. at 1.  The Government anticipates it will file

a motion with the Court regarding its position on the lodged Consent Decree on or before July 31, 2019.  Id.

The Court, therefore, **ORDERS** the following: If the Government has not filed its motion regarding its position on the lodged Consent Decree by July 31, 2019, the Government must file an updated status report **on August 1, 2019** regarding the status of its evaluation of the public comments received.

**SO ORDERED**, this 8th day of July, 2019.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA